| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on September 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHIRLEY A. SADUSK<br>                    Debtor | Case No.: 18-22831<br><br>Adv. No:<br><br>Hearing Date: Sept. 12, 2018 @ 9am<br><br>Chapter: 13<br><br>Judge: Kathryn C. Ferguson |

**ORDER TO MODIFY PROOF OF CLAIM #4 FILED BY WELLS FARGO BANK, N.A. FROM SECURED TO UNSECURED**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: September 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: SHIRLEY A. SADUSK
Case No. 18-22831(KCF)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #4 FILED BY WELLS FARGO BANK, N.A. FROM SECURED TO UNSECURED
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #4 filed by Wells Fargo Bank, N.A. from Secured to Unsecured and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #4 filed by Wells Fargo Bank, N.A. shall be and is hereby modified to an unsecured claim; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.