UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

**Order Filed on September 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SHIRLEY A. SADUSK
      Debtor

Case No.: 18-22831

Adv. No:

Hearing Date: Sept. 12, 2018 @ 9am

Chapter: 13

Judge: Kathryn C. Ferguson

### ORDER TO MODIFY PROOF OF CLAIM #4 FILED BY WELLS FARGO BANK, N.A. FROM SECURED TO UNSECURED

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: September 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:     SHIRLEY A. SADUSK
Case No.    18-22831(KCF)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #4 FILED BY WELLS FARGO BANK, N.A. FROM SECURED TO UNSECURED
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #4 filed by Wells Fargo Bank, N.A. from Secured to Unsecured and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #4 filed by Wells Fargo Bank, N.A. shall be and is hereby modified to an unsecured claim; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-22831-KCF
Shirley Ann Sadusk                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 17, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db              +Shirley Ann Sadusk,    15 C Yorkshire Court,    Manchester Township, NJ 08759-4539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
          Albert    Russo     docs@russotrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Shirley Ann Sadusk bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 4